AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Leval, Pierre N | 2. Court or Organization<br><br>U.S. Court of Appeals 2nd Cir. | 3. Date of Report<br><br>5/11/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge (Senior) | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>Thurgood Marshall U.S. Courtho<br>40 Foley Square<br>New York, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____    Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Council member | The American Law Institute |
| 2. | Trustee, Executor & Power of Attorney | ▬▬▬ |
| 3. | Member - Photography Committee | Museum of Modern Art |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

FINANCIAL DISCLOSURE OFFICE    RECEIVED May 18 10 55 AM '05

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N | 5/11/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | State St. Cultural Inst. Pension Plan |
| 2. | DePaul University |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursement.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. NYC Panel for Education Policy | Transportation to monthly meetings. |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | (gifts from relatives - not reportable) | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. MONY | Loan on life insurance policy | L |
| 2. Neuberger Berman | Debt of Estate in which I am Executor (see Part VIII - Additional Explanations | None |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Abbot Labs (common stock) ▮▮▮ | E | Dividend | P1 | T | | | | | |
| 2. Exxon Mobil (common) | D | Dividend | N | T | | | | | |
| 3. Hospira (common stock) ▮▮▮ | | | L | T | spinoff Abbo | 5/6 | L | - | |
| 4. Schering Plough (common ) ▮▮▮ | E | Dividend | P1 | T | | | | | |
| 5. PE Biosystems (common) (Perkin Elmer) (PKI) | B | Dividend | M | T | | | | | |
| 6. PE Celera Genomics (common) (CRA) | | None | L | T | | | | | |
| 7. USX | A | Dividend | J | T | | | | | |
| 8. Daimler Chrysler (common) | A | Dividend | J | T | | | | | |
| 9. FMC Money Mkt ▮▮▮ | A | Interest | J | T | | | | | |
| 10. FMC Select Fund (common) ▮▮▮ | F | Dividend | P1 | T | | | | | |
| 11. FMC Select Fund (common) | | | | | Buy | 1/9 | J | | |
| 12. " | | | | | Buy | 1/27 | J | | |
| 13. " | | | | | Sell part | 1/29 | J | A | |
| 14. " | | | | | Buy | 2/18 | J | | |
| 15. " | | | | | Sell part | 2/23 | K | B | |
| 16. " | | | | | Sell part | 2/26 | J | A | |
| 17. " | | | | | Buy | 3/18 | J | | |
| 18. " | | | | | Sell part | 3/30 | J | A | |

| 1. Income/Gain Codes (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. * | | | | | Buy | 4/2 | J | | |
| 20. * | | | | | Sell part | 4/29 | J | A | |
| 21. * | | | | | Sell part | 5/26 | K | B | |
| 22. * | | | | | B y | 6/21 | J | | |
| 23. * | | | | | Sell part | 6/29 | J | A | |
| 24. * | | | | | Buy | 7/2 | J | | |
| 25. * | | | | | Sell part | 7/29 | J | A | |
| 26. * | | | | | Buy | 8/25 | J | | |
| 27. * | | | | | Sell part | 8/27 | J | A | |
| 28. * | | | | | Buy | 9/22 | J | | |
| 29. * | | | | | Sell part | 9/28 | J | A | |
| 30. * | | | | | Buy | 10/4 | J | | |
| 31. * | | | | | Sell part | 10/7 | J | A | |
| 32. * | | | | | Sell part | 10/28 | J | A | |
| 33. * | | | | | Sell part | 11/29 | J | A | |
| 34. * | | | | | Sell part | 12/3 | J | B | |
| 35. * | | | | | Sell part | 12/28 | J | B | |
| 36. * | | | | | Sell part | 12/30 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less<br>F = $50,001-$100,000 | B = $1,001-$2,500<br>G = $100,001-$1,000,000 | C = $2,501-$5,000<br>H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000<br>H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less<br>N = $250,000-$500,000<br>P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000<br>O = $500,001-$1,000,000 | L = $50,001-$100,000<br>P1 = $1,000,001-$5,000,000<br>P4 = $More than $50,000,000 | M = $100,001-$250,000<br>P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal<br>U = Book Value | R = Cost (Real Estate Only)<br>V = Other | S = Assessment<br>W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. " | | | | | Buy | 12/31 | J | | |
| 38. " ▄▄▄ | | | | | Buy | 1/9 | J | | |
| 39. " " | | | | | Buy | 1/27 | J | | |
| 40. " " | | | | | Buy | 3/1 | J | | |
| 41. " " | | | | | Buy | 4/2 | J | | |
| 42. " " | | | | | Buy | 6/3 | J | | |
| 43. " " | | | | | Buy | 7/2 | J | | |
| 44. " " ‑ | | | | | Buy | 9/22 | J | | |
| 45. " " | | | | | Buy | 10/4 | J | | |
| 46. " " | | | | | Buy | 12/31 | J | | |
| 47. Lincoln St. Realty (limited partnership) | | None | J | W | | | | | |
| 48. Hershey (common) ▄▄ | B | Dividend | M | T | | | | | |
| 49. Smith Barney Liquid Res Fund (common) ▄ | B | Dividend | K | T | | | | | |
| 50. Gen. American Inv. (common) (GAM) ▄ | C | Dividend | M | T | | | | | |
| 51. Chase Bank (account) ◢ | B | Interest | J | T | | | | | |
| 52. Bank of New York (account) | | None | L | T | | | | | |
| 53. | | | | | | | | | |
| 54. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Asset (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **Assets held as Trustee or Executor** | | | | | | | | | |
| 56. Schering Plough (common) | D | Dividend | | | Sell | 12/14 | O | G | |
| 57. Warburg Pincus Funds (common) | C | Dividend | L | T | | | | | |
| 58. Art Works | | None | P2 | Q | | | | | |
| 59. FMC Select Fund (common) | D | Dividend | N | T | Sell part | 1/12 | J | A | |
| 60. " | | | | | Buy | 4/2 | J | | |
| 61. " | | | | | Sell part | 5/27 | K | C | |
| 62. " | | | | | Buy | 7/2 | J | | |
| 63. " | | | | | Sell part | 8/30 | J | A | |
| 64. " | | | | | Sell part | 9/28 | J | A | |
| 65. " | | | | | Buy | 10/4 | J | | |
| 66. " | | | | | Sell part | 10/28 | K | B | |
| 67. " | | | | | Buy | 12/31 | J | | |
| 68. Archstone Smith (common) | C | Dividend | | | Sell | 12/9 | L | E | |
| 69. Central Tel NT 7.04% 9/21/07 | D | Interest | M | T | | | | | |
| 70. Consol. Nat Gas NT 6.85% 4/15/11 | D | Interest | M | T | | | | | |
| 71. Household Fin NTS 6.5% 11/15/08 | | | | | Sell | 1/13 | M | E | |
| 72. NY Tel deb. 8.625% 11/15/10 | E | Interest | N | T | Sell part | 6/28 | K | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Tel & Data Sys 7.0 8/1/06 | D | Interest | M | T | | | | | |
| 74. U.S. Treasury 3.5% 1/15/11 | D | interest | N | T | | | | | |
| 75. Westinghouse deb. 8.625% 8/1/12 | E | Interest | N | T | | | | | |
| 76. Wisc. Power deb. 7.625% 3/1/10 | E | Interest | N | T | | | | | |
| 77. Fed. Home Loan Bk 5.70% 8/15/11 | C | Interest | L | T | | | | | |
| 78. Fed. Home Loan Bk 4.5% 9/16/13 | D | Interest | M | T | | | | | |
| 79. Fed. Farm Cr. Bk. 6.01% 4/11/12 | C | Interest | M | T | | | | | |
| 80. Fed. Farm Cr. Bk. 4.85% 10/25/12 | C | Interest | M | T | | | | | |
| 81. Fed. Farm Cr. Bk 0.00% 6/22/05 | | None | O | T | Buy | 12/22 | O | | |
| 82. Vornado Realty (common) | D | Dividend | M | T | | | | | |
| 83. Wells Fargo Mtg. Backed sec. 4.5% 8/25/18 | D | Interest | M | T | | | | | |
| 84. U.S. Treasury 0.0% 6/2/05 | | None | K | T | Buy | 12/6 | K | | |
| 85. U.S. Treasury 0.0% 6/15/05 | | None | K | T | Buy | 12/6 | K | | |
| 86. Exxon Mobil (common) | C | Dividend | O | T | Rec'd | 10/27 | P1 | | |
| 87. Exxon Mobil (common) | | | | | Sell part | 10/29 | O | - | |
| 88. Schering Plough (common) | B | Dividend | M | T | Rec'd | 10/27 | N | | |
| 89. Schering Plough (common) | | | | | Sell part | 10/29 | M | - | |
| 90. Abbott Labs (common) | A | Dividend | L | T | Rec'd | 10/27 | L | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. H me Depot (comm ) | A | Dividend | L | T | Rec'd | 10/27 | L | | |
| 92. Kn ht Ridder (common) | | None | J | T | Rec'd | 10/27 | J | | |
| 93. Art Works | | None | P1 | Q | Rec'd | 10/27 | P1 | | |
| 94. Bank of New York | | | K | T | Rec'd | 10/27 | | | |
| 95. Apartment | | | | P2 | Rec'd | 10/27 | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

In Part VI, Liabilities, the liability to Neuberger Berman, listed as item 2, was category 0 at one point during the calendar year, but was paid and reduced to zero at year's end.

In Part VII, the assets listed as items 86 through 95 and marked Received 10/27, were received by me as the result of my assuming the position of Executor.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____

Date 5/12/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544